## Commonwealth *v.* Lawhorn, Appellant.

Before BARBIERI, J.

Submitted March 17, 1969. *Filindo B. Masino*, with him *Berk, Masino and Moonblatt*, for appellant; *Jay S. Gottlieb* and *James D. Crawford*, Assistant District Attorneys, *Richard A. Sprague*, First Assistant District Attorney, and *Arlen Specter*, District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Lovett, Appellant.

Before TROUTMAN, J., specially presiding.

Submitted March 17, 1969. *John W. Packel* and *Melvin Dildine*, Assistant Defenders, and *Herman I. Pollock*, Defender, for appellant; *James D. Crawford*, Assistant District Attorney, and *Arlen Specter*, District Attorney, for Commonwealth, appellee.

Order affirmed.